IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02687-MJW

JOSEPH HAMILTON,

Plaintiff,

v.

LIBERTY INSURANCE CORPORATION,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- The Joint Motion to Modify the Scheduling Order (Docket No. 25) is GRANTED for good cause shown; and

- The Scheduling Order (Docket No. 23) is AMENDED such that the deadline to designate and disclose affirmative expert witnesses is June 1, 2016 and the deadline to designate and disclose rebuttal expert witnesses is July 15, 2016.

Date: April 4, 2016